# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 808 MAL 2014
                              :
            Respondent        :
                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
        v.                    :
                              :
                              :
                              :
WILLIAM R. PERKINS,           :
                              :
            Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.